IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Garland, Dwayne L

Printed: 03/10/09

Case Number: 05 B 42769
Judge: Squires, John H
Filed: 10/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 29, 2009
Confirmed: November 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,219.17 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,504.87 |
| Priority: |  | 1,115.88 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 346.61 |
| Other Funds: |  | 51.81 |
| Totals: | 6,219.17 | 6,219.17 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Internal Revenue Service | Priority | 1,115.88 | 1,115.88 |
| 3. | Capital One | Unsecured | 110.95 | 110.95 |
| 4. | RoundUp Funding LLC | Unsecured | 1,571.23 | 1,571.23 |
| 5. | Capital One | Unsecured | 134.53 | 134.53 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 164.50 | 164.50 |
| 7. | Internal Revenue Service | Unsecured | 231.65 | 231.65 |
| 8. | Illinois Dept of Revenue | Unsecured | 180.16 | 180.16 |
| 9. | Portfolio Recovery Associates | Unsecured | 24.88 | 24.88 |
| 10. | Trinity Hospital | Unsecured | 86.97 | 86.97 |
| 11. | Peoples Energy Corp | Unsecured | 43.06 | 0.00 |
| 12. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 13. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 14. | Tax Masters | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | Illinois Dept Of Human Services | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,863.81 | $ 5,820.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Garland, Dwayne L | Case Number: 05 B 42769 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 10/3/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 83.13 |
| 5% | 20.77 |
| 4.8% | 28.63 |
| 5.4% | 115.14 |
| 6.5% | 58.21 |
| 6.6% | 40.73 |
| | $ 346.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

